# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EARLINE HICKS**                                                                      **PLAINTIFF**

**v.**              **CASE NO. 5:12CV00199 BSM/JJV**

**W.C. DUB BRASSELL DETENTION CENTER**                      **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff Earline Hicks's complaint [Doc. No. 2] be DISMISSED with prejudice for failure to state a claim on which relief may be granted.

2.  Dismissal of Hicks's complaint should constitute a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3.  It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

Dated this 31st day of July 2012.

                                                         */s/ Brian S. Miller*
                                                      UNITED STATES DISTRICT JUDGE