IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EARLINE HICKS**                                                                                        **PLAINTIFF**

**v.**                                **CASE NO. 5:12CV00199 BSM/JJV**

**W.C. DUB BRASSELL DETENTION CENTER**                               **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 31st day of July 2012.

_____
UNITED STATES DISTRICT JUDGE